IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-343-LTB
(Removal from District Court, Denver County, Colorado,
Cases No. 2012-cr-10153, 10155, and 10156)

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ALFONSO A. CARRILLO,
RUBY BREDA,
VERONICA FERNANDEZ-BELETA, and
JOSE LEYVA CARAVEO,

    Defendants.

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before the Court on the Defendants' *pro se* "Motion for Reconsideration/Reversal of Order for Summary Remand" (ECF No. 11; filed October 15, 2012). On August 21, 2012, the Court summarily remanded three state court criminal cases that Defendants attempted to remove to this Court. Defendants ask the Court to reconsider its August 21, 2012 Order for Summary Remand. The motion for reconsideration will be denied for the reasons stated below.

An order remanding a removed case to state court ordinarily is not reviewable on appeal or otherwise, unless the state case was removed pursuant to 28 U.S.C. § 1443 (1994). *See* 28 U.S.C. § 1447(d) (1994). Defendants failed, both in the Notice of Removal and in the motion for reconsideration, to state grounds that justify the removal of the state court criminal cases to this Court. Therefore, § 1447(d) does not allow the

Court to review its prior decision.

Reconsideration may be justified when there is an intervening change in the controlling law, the availability of new evidence, or a need to correct clear error or prevent manifest injustice. ***Shields v. Shetler***, 120 F.R.D. 123, 125-26 (D. Colo. 1988). Upon consideration of the entire file, the Court finds and concludes that Defendants fail to present any new law or new evidence to support the motion for reconsideration. Defendants also fail to present any argument or authority which convinces the Court that the prior remand order is incorrect or will result in manifest injustice. Accordingly, it is

ORDERED that the "Motion for Reconsideration/Reversal of Order for Summary Remand" (ECF No. 11; filed October 15, 2012), is denied.

DATED at Denver, Colorado, this  19th  day of   October  , 2012.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court